26129/6086

AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

UNITED STATES OF AMERICA
v.
SEAN DWIGHT BLASY

Case No. 6:26-mj-00040-HBK

## ORDER SETTING CONDITIONS OF RELEASE
## (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Fresno or Sacramento for processing by Friday, September 16, 2026 by no later than 12:00 PM.

(5) The defendant must appear at: U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
*Place*

9004 Castle Cliff Court, Yosemite, CA

on 11/24/2026 at 10:00 AM
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 9/9/2026

X Sean D Blasy
*Defendant's signature*

Date: 9/9/2026

Helena N. Barch-Kuchta
*Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*