UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SEAN BLASEY,<br>Defendant. | Case No. 6:26-mj-0040-HBK<br>ORDER GRANTING RULE 43 WAIVER<br>(Doc. No. 10) |

Before the Court is Defendant Sean Blasey's written request to waive personal appearance pursuant to Federal Rules of Criminal Procedure 43(b)(2) and (b)(3) filed September 24, 2026. (Doc. 10). Defendant requests waiver of his presence "on every occasion that the Court may permit." (*Id.* at 1).

Defendant is charged with a criminal complaint for misdemeanor offenses punishable by no more than six months of imprisonment, probation, a fine, or both. (Doc. 1). Defendant appeared for his initial appearance and arraignment on September 9, 2026. (Doc. 3). Defendant has provided written consent to proceed in Defendant's absence pursuant to Federal Rule of Criminal Procedure 43(b)(2). Defendant understands the nature of the proceedings, the right to be personally present, and the consequences of waiving personal appearance. Defendant is represented by counsel, who will appear on Defendant's behalf at the proceedings identified in this Order. Permitting Defendant to waive personal appearance is appropriate under the

circumstances and will not prejudice the parties or impair the fair and orderly administration of justice.

Accordingly, IT IS ORDERED:

1. Defendant's Rule 43 request (Doc. 10) is GRANTED.
2. Defendant's personal appearance is WAIVED for the November 24, 2026 status conference and any other future status conferences in this case.
3. Defense counsel shall appear and remain available to represent Defendant throughout those proceedings.
4. This Order does not waive Defendant's appearance at any other hearing, unless the Court separately orders otherwise.
5. The Court may require Defendant's personal appearance at any time upon notice to the parties.

Dated: September 25, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE