IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEAN BLASY,

Defendant.

Case No.: 6:26-MJ-00040-HBK

ORDER GRANTING MOTION TO APPEAR REMOTELY

(Doc. 9)

Before the Court is Marc Days, defense counsel for Mr. Sean Blasy, request to appear by videoconference at the November 24, 2026, status conference in the Yosemite Division and at all future hearings in this matter, unless otherwise ordered filed September 24, 2026. (Doc. 9). The Court finds good cause to grant the request.

Accordingly, IT IS ORDERED:

1. Defense counsel, Marc Days, request (Doc. 9) is GRANTED.
2. Counsel is authorized to appear remotely at the status conference set for November 24, 2026, and at all future hearings in this matter, unless otherwise ordered, before the Honorable Helena M. Barch-Kuchta.
3. The proceeding will occur via Zoom or another Court-designated platform; the Courtroom Deputy will provide connection details and instructions.

4. Counsel must use a stable connection and appear from a quiet, private location.
5. Recording, photography, or rebroadcasting is prohibited.
6. This order authorized remote appearance in this case unless the Court directs otherwise for a particular proceeding.

IT IS SO ORDERED.

Dated: September 25, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE